IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **INCAP SERVICE COMPANY,** * | |
| * | |
| **Plaintiff** * | |
| v. | Civil Action No. : CCB 04-CV-1592 |
| * | |
| **THE COMMUNITY REINVESTMENT ACT** | |
| **QUALIFIED INVESTMENT FUND,** *et al.,* * | |
| * | |
| **Defendants** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DENY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12

Plaintiff, InCap Service Co. ("InCap Service"), through its undersigned counsel, hereby files this motion in opposition to Defendants, The Community Reinvestment Act Qualified Investment Fund ("CRA Fund") and CRAFund Advisors, Inc. ("CRA Advisors"), motion to dismiss under Fed. R. Civ. P. 12(b)(2), (3), (4), (5) & (6).

Respectfully Submitted,

_____

Dated: July 5, 2004

By: F. James Tennies

Attorney for Plaintiff

InCap Service Company
320 North Charles Street
Baltimore, Maryland 21201
410.727.2100
410.727.2106
Bar Number: 27455